**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ROBERT WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-10920** |
| **DARRYL VANNOY, WARDEN** | **SECTION "G" (1)** |

**RESPONSE TO ROBERT WILLIAMS'S MOTION TO AMEND OR SUPPLEMENT HIS § 2254 PETITION AND HOLD THE PETITION IN ABEYANCE TO EXHAUST STATE REMEDIES**

NOW INTO COURT, through the undersigned Assistant District Attorney for the Parish of Orleans, State of Louisiana, comes Darryl Vannoy, Warden ("Respondent"), who, in response to Robert Williams's ("Williams's") motion to amend or supplement his § 2254 petition and hold the petition in abeyance to exhaust state remedies, states:

1. Williams is a state inmate currently incarcerated at Louisiana State Penitentiary in Angola, Louisiana, following his conviction for two counts of Armed Robbery with a Firearm.

2. On or about June 6, 2016, he filed in this Court a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254, contending that his continued incarceration violates his rights under the United States Constitution.[1]

3. On November 28, 2016, Williams filed a motion to amend or supplement his petition and hold the petition in abeyance to exhaust state remedies.[2]

4. On December 2, 2016, this Court ordered the State to respond to the motion.[3]

5. Respondent hereby notifies this Court that it **does not oppose** Williams's motion and **agrees** that a stay is appropriate.

[1] Record ("Rec.") Document ("Doc.") 1.
[2] Rec. Doc. 15.
[3] Rec. Doc. 16.

Respectfully Submitted,

/s/Mithun Kamath

Mithun Kamath
La. Bar No. 35504
Assistant District Attorney
Parish of Orleans

619 South White Street
New Orleans, Louisiana 70119
Tel: (504) 571-29339
Email: mkamath@orleansda.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing response has been served upon the below-listed *pro se* petitioner by United States Mail, First Class, this **17th** day of **January, 2017**:

Robert Williams
396029
Louisiana State Penitentiary
General Delivery
Angola, LA 70712

/s/ Mithun Kamath
Assistant District Attorney
Parish of Orleans